DONALD L. MORROW (SB# 66922)
JAY C. GANDHI (SB# 192613)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
695 TOWN CENTER DRIVE
Seventeenth Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 668-6200
Facsimile: (714) 979-1921
E-mail: donaldmorrow@paulhastings.com

FRED H. BARTLIT, JR. (*pro hac vice*)
GLEN E. SUMMERS (SB# 176402)
SEAN C. GRIMSLEY (SB# 216741)
BRYAN W. LEACH (*pro hac vice*)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
E-mail: fred.bartlit@bartlit-beck.com

Attorneys for Defendants
UNITED STATES SURGICAL CORPORATION and
TYCO HEALTHCARE GROUP, LP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES SURGICAL CORPORATION and TYCO HEALTHCARE GROUP, LP,<br><br>Defendant. | Case No. SACV 03-1267 CJC (MLGX)<br><br>**FINAL JUDGMENT** |

This action came before the Court for a trial by jury. The issues that remained for trial have been tried and the jury rendered its verdict on February 20, 2007. The jury found that Plaintiff failed to prove that the accused VERSAPORT™ Plus trocar products infringe Claim 18 of U.S. Patent No. 3,385,553 ("the '553 patent"), the only claim that remained for trial. The jury also found that Defendants failed to prove their affirmative defense that Claim 18 of the '553 patent is invalid for obviousness.

Plaintiff subsequently filed a Motion for Judgment as a Matter of Law or New Trial, which this Court denied in an Order dated April 29, 2008. Plaintiff also filed a Motion for Judgment as a Matter of Law Upholding the Validity of Claim 18 of the '553 Patent, which this Court granted by minute entry dated April 28, 2008. Therefore,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Judgment is entered in favor of Defendants, United States Surgical Corporation and Tyco Healthcare Group, L.P., and against Plaintiff, Applied Medical Resources Corporation;

2. Plaintiff shall take nothing by its Complaint from Defendants;

3. Defendants' VERSAPORT™ Plus trocar products do not infringe U.S. Patent No. 5,385,553;

4. Claim 18 of U.S. Patent No. 5,385,553 is not invalid for obviousness; and

5. Defendants are awarded their costs of suit herein.

The parties preserve all rights to appeal the judgment set forth above.

Pursuant to Federal Rule of Civil Procedure 58, the Court expressly directs the Clerk to enter this Final Judgment as set forth above.

IT IS SO ORDERED.

Dated: May 29, 2008

THE HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

This form of judgment, except for Paragraph 4, is submitted by:

DONALD L. MORROW
PAUL, HASTINGS, JANOFSKY & WALKER LLP

_____
Donald L. Morrow
Attorneys for Defendants
UNITED STATES SURGICAL CORPORATION and
TYCO HEALTHCARE GROUP, LP

Paragraph 4 of the judgment is submitted by, and the form of the judgment is approved by:

JOSEPH F. JENNINGS
KNOBBE MARTENS OLSON & BEAR LLP

_____
Joseph F. Jennings
Attorneys for Plaintiff
APPLIED MEDICAL RESOURCES CORP.